| | |
|---|---|
| David Alan Makman, SBN 178195<br>Robert Craig Matz, SBN 217822<br>**MAKMAN & MATZ LLP**<br>655 Mariner's Island Blvd., Suite 306<br>San Mateo, CA 94404<br>Telephone:  (650) 242-1560<br>Email: david@makmanlaw.com<br>E-mail: robert@makmanmatz.com | Donald F. Zimmer, Jr., SBN 112279<br>Cheryl A. Sabnis, SBN 224323<br>**KING & SPALDING LLP**<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone:  415-318-1200<br>Facsimile:  415-318-1300<br>Email:  fzimmer@kslaw.com<br>Email:  csabnis@kslaw.com |
| David M. Farnum<br>**ATFirm PLLC**<br>1701 Pennsylvania Ave, NW Ste 300<br>Washington, D.C. 20006<br>Telephone:  202-349-1490<br>Facsimile:  202-318-8788<br>Email: dmfarnum@atfirm.com | Robert F. Perry<br>Allison H. Altersohn<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas<br>New York, NY  10036<br>Telephone:  212-556-2100<br>Facsimile:  212-556-2222<br>Email:  rperry@kslaw.com |
| *Attorneys for Plaintiff*<br>*Wireless Recognition Technologies LLC* | *Attorneys for Defendants*<br>*Nokia Inc. and Nokia Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIRELESS RECOGNITION TECH.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>A9.COM INC., et al.<br><br>　　　　　　　Defendants. | Case No.: 5:12-1217-EJD-PSG<br><br>JOINT STIPULATION OF DISMISSAL AND MOTION TO DISMISS |

IT IS SO ORDERED
Judge Edward J. Davila
10/9/2013

---

CASE NOS.  5:12-CV-01217, 1218, 1219, 1220 EJD (PSG)　　　　JOINT STIPULATION OF DISMISSAL AND MOTION TO DISMISS

| | | |
|---|---|---|
| 1 | | |
| 2 | WIRELESS RECOGNITION TECH. | |
| 3 | Plaintiff, | Case No.: 5:12-1218-EJD-PSG |
| 4 | v. | |
| 5 | NOKIA CORPORATION | JOINT STIPULATION OF DISMISSAL AND MOTION TO DISMISS |
| 6 | Defendants. | |
| 7 | WIRELESS RECOGNITION TECH. | |
| 8 | Plaintiff, | Case No.: 5:12-1219-EJD-PSG |
| 9 | v. | |
| 10 | A9.COM INC., et al. | JOINT STIPULATION OF DISMISSAL AND MOTION TO DISMISS |
| 11 | Defendants. | |
| 12 | | |
| 13 | WIRELESS RECOGNITION TECH. | |
| 14 | Plaintiff, | Case No.: 5:12-1220-EJD-PSG |
| 15 | v. | JOINT STIPULATION OF DISMISSAL AND MOTION TO DISMISS |
| 16 | NOKIA CORPORATION | |
| 17 | Defendants. | |

CASE NOS.  5:12-CV-01217, 1218, 1219, 1220 EJD (PSG)       -1-       JOINT STIPULATION OF DISMISSAL AND MOTION TO DISMISS

TO THIS HONORABLE COURT, ITS STAFF, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Wireless Recognition Technologies LLC ("WRT"), and Defendants Nokia Inc. and Nokia Corporation ("Nokia") hereby file this Joint Stipulation of Dismissal and Motion to Dismiss.

WHEREAS, WRT filed suit against Nokia in *Wireless Recognition Technologies, LLC v. A9.com, Inc. et al.*, 5:12-1217-EJD-PSG, *Wireless Recognition Technologies, LLC v. Nokia Corporation*, 5:12-1218-EJD-PSG, *Wireless Recognition Technologies, LLC v. A9.com, Inc. et al.*, 5:12-1219-EJD-PSG, *Wireless Recognition Technologies, LLC v. Nokia Corporation*, 5:12-1220-EJD-PSG;

WHEREAS, WRT and Nokia have settled WRT's claims for relief against Nokia in Civil Action Nos. 5:12-1217-EJD-PSG, 5:12-1218-EJD-PSG, 5:12-1219-EJD-PSG, 5:12-1220-EJD-PSG.

NOW, THEREFORE, WRT and Nokia request that this Court dismiss all claims for relief asserted by the parties with prejudice, and all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

DATED:  October 7, 2013             **MAKMAN & MATZ LLP**

                                    By:  /s/ *Robert C. Matz*
                                    Robert C. Matz

                                    *Attorneys for Plaintiff*
                                    *Wireless Recognition Technologies LLC*

DATED:  October 7, 2013             **KING & SPALDING LLP**

                                    By:  /s/ *Robert F. Perry*
                                    Robert F. Perry

                                    *Attorneys for Defendants*
                                    *Nokia Inc. and Nokia Corporation*

## DECLARATION OF CONSENT

Pursuant to L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert F. Perry.

DATED:  October 7, 2013            **MAKMAN & MATZ LLP**

By:  */s Robert C. Matz*
     Robert C. Matz

*Attorneys for Plaintiff*
*Wireless Recognition Technologies LLC*